IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tawanna Clayton,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Global Recovery Group, LLC,<br><br>　　　　　　Defendant. | No. CV-13-01231-PHX-SRB<br><br>**ORDER** |

On September 4, 2013, upon receipt of a Notice of Settlement, this Court issued an order that this case would be dismissed with prejudice within 60 days of the date of the order unless a notice of voluntary dismissal was filed prior to the dismissal date.  As of the date of this order, no notice of dismissal has been filed.

IT IS ORDERED dismissing this case with prejudice.


Dated this 6th day of November, 2013.

_____
Susan R. Bolton
United States District Judge